# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2004

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br>WERLEIN, JR., EWING | 2. Court or Organization<br>USDC/SO. DIST. TEXAS | 3. Date of Report<br>8/10/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>DISTRICT JUDGE ACTIVE STATUS | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>515 RUSK AVENUE, ROOM 9136<br>HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust No. 1 |
| 2. | Trustee | Trust No. 2 (Trust terminated 08/02/05) |
| 3. | Trustee | Asbury Theological Seminary (Term ended in 11/04) |
| 4. | Director & Vice Chairperson | The Methodist Hospital, Houston, Texas |
| 5. | Director | TMH Health Care Group |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED AUG 15 4 17 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | General Conference of The United Methodist Church | 4/26/04-5/8/04, Pittsburgh, PA; reimbursement of transportation and partial reimbursement of lodging & meals as delegate of my church. |
| 2. | South Central Jurisdiction of The United Methodist Church | 7/14/04-7/16/04, Corpus Christi, TX; reimbursement of transportation, lodging & meals as delegate of my church. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Petroleum Club, Houston | Monthly dues exemption for members in government service. | $996 |
| 2. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Baker Hughes com. | A | Dividend | K | T | | | | | |
| 2. CLECO Corp. com. | A | Dividend | | | Gift | 08/27 | J | | Gift to Church #1 |
| 3. E. I. DuPont com. | B | Dividend | | | Gift | 12/27 | K | | Gift to Church #2 |
| 4. Union Pacific com. | A | Dividend | K | T | | | | | |
| 5. Halliburton com. | A | Dividend | K | T | | | | | |
| 6. Halliburton com. | A | Dividend | K | T | | | | | |
| 7. BP PLC, ADR | B | Dividend | L | T | | | | | |
| 8. Exxon Mobil com. | C | Dividend | M | T | | | | | |
| 9. Anadarko Petroleum Corp. com. | A | Dividend | J | T | | | | | |
| 10. Wal-Mart Stores com. | A | Dividend | L | T | | | | | |
| 11. Exxon-Mobil com. | A | Dividend | K | T | | | | | |
| 12. Intel Corp. com. | A | Dividend | J | T | | | | | |
| 13. Johnson & Johnson, com. | B | Dividend | L | T | | | | | |
| 14. Conoco Phillips, com. | A | Dividend | K | T | | | | | |
| 15. Texas Capital Bankshares, com. | | None | M | T | | | | | |
| 16. CNL Retirement Properties REIT | A | Div. | K | R | Buy | 03/10 | K | | See note in Part VIII |
| 17. CNL Hospitality Properties REIT | A | Div. | K | R | Buy | 03/10 | K | | See note in Part VIII |
| 18. MUTUAL FUNDS: | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Fidelity Spartan MM Fund | A | Dividend | K | T | | | | | |
| 20. Merrill L. Sr. Floating Rate Fund | A | Dividend | J | T | | | | | |
| 21. Dreyfus Basic Money Mkt Fd | A | Dividend | K | T | | | | | |
| 22. Fidelity Low Price Stk. | C | Dividend | O | T | | | | | |
| 23. Fidelity Contrafund | A | Dividend | N | T | | | | | |
| 24. Fidelity Eq. Income II | B | Dividend | M | T | | | | | |
| 25. Fidelity Mid-Cap Stock | A | Dividend | N | T | | | | | |
| 26. Fidelity Spartan MM Fund | A | Dividend | | | Redeemed | 03/15 | L | | No gain |
| 27. Vanguard 500 Index Fund | A | Dividend | | | Sell | 06/21 | J | | Sold at loss |
| 28. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 29. Assetmark Large-Cap Value | A | Dividend | K | T | Buy | 03/23 | K | | |
| 30. | | | | | Part Sell | 04/12 | J | A | |
| 31. | | | | | Part Sell | 07/12 | J | A | |
| 32. | | | | | Add'l Buy | 10/11 | J | | |
| 33. Assetmark Large-Cap Growth | | None | K | T | Buy | 03/23 | K | | |
| 34. | | | | | Part Sell | 04/12 | J | A | |
| 35. | | | | | Add'l Buy | 07/12 | J | | |
| 36. | | | | | Add'l Buy | 10/11 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Assetmark Small/Mid-Cap Value | A | Dividend | J | T | Buy | 03/23 | J | | |
| 38. | | | | | Part Sell | 04/12 | J | A | |
| 39. | | | | | Add'l Buy | 07/12 | J | | |
| 40. | | | | | Add'l Buy | 10/11 | J | | |
| 41. Assetmark Small/Mid-Cap Growth | | None | J | T | Buy | 03/23 | J | | |
| 42. | | | | | Part Sell | 04/12 | J | A | |
| 43. | | | | | Buy | 07/12 | J | | |
| 44. | | | | | Add'l Buy | 10/11 | J | | |
| 45. Assetmark International | A | Dividend | K | T | Buy | 03/23 | K | | |
| 46. | | | | | Add'l Buy | 04/12 | J | | |
| 47. | | | | | Add'l Buy | 07/12 | J | | |
| 48. | | | | | Part Sell | 10/11 | J | A | |
| 49. Assetmark Real Estate Securities | A | Dividend | K | T | Buy | 03/23 | J | | |
| 50. | | | | | Add'l Buy | 04/12 | J | | |
| 51. | | | | | Part Sell | 07/12 | J | | Sold at loss |
| 52. | | | | | Part Sell | 10/11 | J | A | |
| 53. Assetmark Tax-Exempt | A | Dividend | K | T | Buy | 03/23 | K | | |
| 54. | | | | | Add'l Buy | 04/12 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | Part Sell | 07/12 | J | | Sold at loss |
| 56. | | | | | Add'l Buy | 10/11 | J | | |
| 57. Alliance Bernstein Mun. Trust Inc. (MM) | A | Dividend | J | T | Buy | 03/18 | J | | |
| 58. ABN Amro/Veredus Aggr. Growth | | None | J | T | Buy | 03/23 | J | | |
| 59. | | | | | Add'l Buy | 04/13 | J | | |
| 60. | | | | | Add'l Buy | 10/12 | J | | |
| 61. American Century Tax-Free Bond | A | Dividend | K | T | Buy | 03/23 | K | | |
| 62. | | | | | Part Sell | 04/12 | J | | Sold at loss |
| 63. | | | | | Part Sell | 10/11 | J | | Sold at loss |
| 64. Evergreen Small Cap Value | A | Dividend | J | T | Buy | 03/23 | J | | |
| 65. | | | | | Part Sell | 04/12 | J | A | |
| 66. | | | | | Add'l Buy | 10/12 | J | | |
| 67. Loomis Sayles Global Bond | A | Dividend | K | T | Buy | 03/23 | J | | |
| 68. | | | | | Add'l Buy | 04/13 | J | | |
| 69. | | | | | Part Sell | 10/11 | J | A | |
| 70. Loomis Sayles Bond Fund Retail | B | Dividend | K | T | Buy | 03/23 | K | | |
| 71. | | | | | Add'l Buy | 04/13 | J | | |
| 72. | | | | | Part Sell | 10/11 | J | | Sold at loss |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.   PBHG Clipper Focus | A | Dividend | K | T | Buy | 03/23 | K | | |
| 74. | | | | | Add'l Buy | 04/13 | J | | |
| 75. | | | | | Part Sell | 10/11 | J | A | |
| 76.   Selected American Shs. Cl. A | A | Dividend | K | T | Buy | 03/23 | K | | |
| 77. | | | | | Add'l Buy | 04/13 | J | | |
| 78. | | | | | Part Sell | 10/11 | J | A | |
| 79.   TCW Galileo Select Equities | | None | K | T | Buy | 03/23 | K | | |
| 80. | | | | | Add'l Buy | 04/13 | J | | |
| 81. | | | | | Add'l Buy | 10/12 | J | | |
| 82.   Thornburg Internat'l Value | A | Dividend | K | T | Buy | 03/23 | K | | |
| 83. | | | | | Add'l Buy | 04/13 | J | | |
| 84. | | | | | Part Sell | 10/11 | J | A | |
| 85.   Wells S & Reit Index Fund | A | Dividend | | | Buy | 03/23 | J | | |
| 86. | | | | | Sell | 04/12 | J | | |
| 87.   Alliance Bernstein Mun. Trust Inc. (MM) | A | Dividend | J | T | Buy | 03/18 | K | | |
| 88.   Bonds and U.S. Treasury Notes: | | | | | | | | | |
| 89.   Austin TX. Hotel Bonds | A | Interest | | | Redeemed | 05/17 | K | A | |
| 90.   Detroit, MI City Sch bonds | A | Interest | | | Redeemed | 11/01 | K | | No gain |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Dallas, TX Ind. Sch. bonds | B | Interest | K | T | | | | | |
| 92. Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 93. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 94. Merrill Lynch Savings Acct | A | Interest | K | T | | | | | |
| 95. Northern Trust Bank, Houston, checking acct | A | Interest | K | T | | | | | |
| 96. Bank of America, Houston, TX (Accounts) | A | Interest | K | T | | | | | |
| 97. Texas State Bank, Houston, CD | D | Interest | L | T | | | | | |
| 98. Northern Trust Bank, Houston, CD | B | Interest | K | T | | | | | |
| 99. Key Bank, Albany, NY, CD | B | Interest | K | T | | | | | |
| 100. Northern Trust Bank, Houston, CD | D | Interest | L | T | | | | | |
| 101. Provident Bank, Cincinnati, CD | D | Interest | L | T | | | | | |
| 102. Beal Bank, Houston, CD | A | Interest | | | Redemed | 04/02 | L | | No gain |
| 103. Republic Bank, Houston, CD | D | Interest | L | T | | | | | |
| 104. Southwest Bank of Texas, Houston, CD | D | Interest | L | T | | | | | |
| 105. Encore Bank, Houston, CD | C | Interest | L | T | | | | | |
| 106. Compass Bank, Houston, CD | C | Interest | L | T | | | | | |
| 107. Capital One Bank, Glen Allen, VA, CD | C | Interest | L | T | | | | | |
| 108. Encore Bank, Houston, CD | A | Interest | | | Redeemed | 03/15 | M | | No gain |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Intervest Bank, Clearwater, FL, CD | B | Interest | L | T | Buy | 04/06 | L | | |
| 110. REAL ESTATE: | | | | | | | | | |
| 111. Condo-Larimer Co., CO | E | Rent | M | W | | | | | |
| 112. Fractional interest in land, SA White Survey, Galv. Co., TX | A | Rent | J | W | | | | | |
| 113. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 114. IRA Account: Marsico Inv. Fund | | None | L | T | | | | | |
| 115. IRA Account: Janus 20 Fund | | None | | | Sell | 05/06 | K | E | Rollover to John Hancock |
| 116. IRA Account: John Hancock Ind. Retirement Annuity | | None | K | V | Buy | 05/12 | K | | See Note in Part VIII |
| 117. IRA ROLLOVER ACCOUNT: All entries that follow from Lines121 | E | Div. & Int. | P1 | T | | | | | |
| 118. through 164 are under the discretionary management of a | | | | | | | | | |
| 119. registered investment manager. I have made no withdrawals | | | | | | | | | |
| 120. from this IRA: | | | | | | | | | |
| 121. --Abbott Labs, com. | | | | | | | | | |
| 122. --Anheuser Busch Cos., com. | | | | | | | | | |
| 123. --J.P. Morgan Chase, com. | | | | | | | | | |
| 124. --ChevronTexaco Corp., com. | | | | | | | | | |
| 125. --Citigroup Inc., com. | | | | | | | | | |
| 126. --Coca Cola Co., com. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. --Emerson Electric Co., com. | | | | | Add'l Buy | 04/16 | J | | |
| 128. --Fannie Mae USA, com. | | | | | | | | | |
| 129. --General Electric, com. | | | | | | | | | |
| 130. --Intel Corp., com. | | | | | | | | | |
| 131. --Johnson & Johnson, com. | | | | | | | | | |
| 132. --Merck & Co., Inc., com. | | | | | | | | | |
| 133. --News Corp., Ltd. ADS | | | | | | | | | |
| 134. --News Corp Ltd Vot. Pref ADS | | | | | | | | | |
| 135. --Nestle S A Reg RG SH ADR | | | | | | | | | |
| 136. --Norfolk Southern Corp., com. | | | | | | | | | |
| 137. --Pepsico Inc., com. | | | | | | | | | |
| 138. --Pfizer Inc., com. | | | | | | | | | |
| 139. --Procter Gamble Corp., com. | | | | | | | | | |
| 140. --Royal Dutch Pete NY Registry Shares | | | | | | | | | |
| 141. --SunTrust Banks, Inc., com. | | | | | | | | | |
| 142. --Wal-Mart Stores, Inc., com. | | | | | | | | | |
| 143. --Walgreen Co., com. | | | | | | | | | |
| 144. --Bell South, com. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. --Microsoft Corp., com. | | | | | | | | | |
| 146. --SBC Communications, com. | | | | | Sell | 04/16 | K | | Sold at loss |
| 147. --Honeywell Intl., com. | | | | | | | | | |
| 148. --American Express Co., com. | | | | | | | | | |
| 149. --BP PLC, ADR | | | | | | | | | |
| 150. --Exxon Mobil Corp., com. | | | | | | | | | |
| 151. --Intl. Business Machines, com. | | | | | | | | | |
| 152. --McGraw Hill Co., com. | | | | | | | | | |
| 153. --United Parcel Svc., com. | | | | | | | | | |
| 154. --American Internatl Group, Inc., com. | | | | | | | | | |
| 155. --Wyeth, com. | | | | | | | | | |
| 156. --Freddie Mac, com. | | | | | | | | | |
| 157. --Marsh & McLennan Cos., com. | | | | | | | | | |
| 158. --Altria Group, com. | | | | | | | | | |
| 159. --Medco Health | | | | | | | | | |
| 160. --Bank of America, com. | | | | | Buy | 04/16 | K | | |
| 161. --Colgate Palmolive, com. | | | | | Buy | 07/06 | K | | |
| 162. --Conoco Phillips, com. | | | | | Buy | 07/06 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. --Hospira, com. | | | | | Dividend | 05/03 | B | | Spun off from Abbott Labs |
| 164. --Schwab MM Funds | | | | | Buy | 12/31 | L | | |
| 165. TRUST NO. 2: (I was Trustee but owned no beneficial | A | Dividend | | | Distributed | 08/26 | M | | |
| 166. interest in and received no income from this Trust, | | | | | | | | | |
| 167. which was fully distributed to the beneficiary in 2004 | | | | | | | | | |
| 168. in accordance with the Trust terms. | | | | | | | | | |
| 169. --Fidelity Spartan MM Fund | | | | | | 08/26 | M | | |
| 170. --Fidelity Low Price St. Fund | | | | | | 08/26 | L | | |
| 171. TRUST NO. 1: (I own no beneficial interest in and receive | E | Div. & Int. | P1 | T | | | | | |
| 172. no income from this Trust or the entries that follow from | | | | | | | | | |
| 173. lines 176 through 221, but it is reportable because I | | | | | | | | | |
| 174. am one of three co-trustees). | | | | | | | | | |
| 175. --COMMON STOCKS IN TRUST NO. 1: | | | | | | | | | |
| 176. --AT&T, com. | | | | | | | | | |
| 177. --Bristol-Myers Squibb, com. | | | | | | | | | |
| 178. --Burlington Northern Santa Fe, com. | | | | | | | | | |
| 179. --Burlington Resources, com. | | | | | | | | | |
| 180. --Target Corp., com. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181.   --Dean Foods Co, com. | | | | | | | | | |
| 182.   --Goodyear, com. | | | | | | | | | |
| 183.   --Intel Corp., com. | | | | | | | | | |
| 184.   --IBM, com. | | | | | | | | | |
| 185.   --Johnson & Johnson, com. | | | | | | | | | |
| 186.   --Lucent Tech., Inc., com. | | | | | | | | | |
| 187.   --J.P. Morgan Chase, com. | | | | | | | | | |
| 188.   --SBC Communications Inc, com. | | | | | | | | | |
| 189.   --Halliburton Co., com. | | | | | | | | | |
| 190.   --Eastman Kodak Co., com. | | | | | | | | | |
| 191.   --Exxon Mobil, com. | | | | | | | | | |
| 192.   --Avaya Inc., com. | | | | | | | | | |
| 193.   --AT&T Wireless Services, Inc., com. | | | | | Sell | 10/26 | J | B | |
| 194.   --Cisco Systems, com. | | | | | | | | | |
| 195.   --Sanmina SCI Corp., com. | | | | | | | | | |
| 196.   --Pepsico, Inc., com. | | | | | | | | | |
| 197.   --Zimmer Holdings, Inc., com. | | | | | | | | | |
| 198.   --Agere Systems, com. Class A | | | | | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J  = $15,000 or less    K  = $15,001-$50,000    L  = $50,001-$100,000   M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal          R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market
   (See Column C2)           U  = Book Value         V  = Other              W  = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 12 of 16

Name of Person Reporting

WERLEIN, JR., EWING

Date of Report

8/10/2005

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199.  --Agere Systems, com. Class B | | | | | | | | | |
| 200.  --Hewlett Packard, com. | | | | | | | | | |
| 201.  --Comcast Corp. Class A | | | | | | | | | |
| 202.  --MUTUAL FUNDS-TAX EXEMPT, IN TRUST NO. 1: | | | | | | | | | |
| 203.  --Nuveen Muni Mkt Oppor. Fund | | | | | | | | | |
| 204.  --MORTGAGE & ASSET BACKED SECURITIES IN TRUST NO. 1: | | | | | | | | | |
| 205.  --Ginnie Mae Series 2002-70 | | | | | | | | | |
| 206.  --MUNICIPAL BONDS IN TRUST NO. 1: | | | | | | | | | |
| 207.  --Chicago Ill. Project Sr. | | | | | Redeemed | 01/02 | K | A | |
| 208.  --Killeen Texas Waterworks | | | | | Redeemed | 07/01 | K | | No gain |
| 209.  --Halifax Hosp. Med. Ctr. Fla. | | | | | | | | | |
| 210.  --Lower Colo. Riv. Auth. Tex. | | | | | | | | | |
| 211.  --Montgomery Co. Pa. Hghr. Ed. | | | | | | | | | |
| 212.  --Illinois Dev. Fin. Auth. | | | | | | | | | |
| 213.  --Texas St. Dept. HSG & CMTY Affairs | | | | | | | | | |
| 214.  --Florida HSG FIN Corp. Rev. | | | | | | | | | |
| 215.  --Meriden Com. G10 Bonds | | | | | | | | | |
| 216.  --Mission TX Cons. Indpt. Sch. Dist. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217.   --CASH & CASH EQUIVALENTS IN  TRUST NO. 1: | | | | | | | | | |
| 218.   --Citibank NA Bank Dep. Program | | | | | | | | | |
| 219.   --REAL ESTATE IN TRUST NO. 1: | | | | | | | | | |
| 220.   --Fract. interest in land, S.A. White Survey, Galv. Co., TX | | | | | | | | | |
| 221.   --Vacant land in Kerr Co., TX | | | | | | | | | |
| 222.   IRA ROLLOVER ACCT. NO. 2. All entries that follow from | G | Dividend and | P1 | T | | | | | |
| 223.   lines 226 thru 270 are under the full discretionary | | Interest | | | | | | | |
| 224.   management of a registered investment manager. I have made | | | | | | | | | |
| 225.   no withdrawals from this IRA: | | | | | | | | | |
| 226.   --Fed. Home Ln Mtg Corp Notes | | | | | | | | | |
| 227.   --Federal Home Ln Mtg Corp Notes | | | | | | | | | |
| 228.   --Federal Home Ln Mtge Crp Notes | | | | | | | | | |
| 229.   --Federal Natl Mtg Assoc Sub Notes | | | | | | | | | |
| 230.   --General Motors Accept CP Global Bonds | | | | | | | | | |
| 231.   --Chase Manhattan Corp. Subordinate Notes | | | | | | | | | |
| 232.   --Goldman Sachs Group SR Unsub Notes Global | | | | | | | | | |
| 233.   --Citigroup Inc. Senior Notes | | | | | | | | | |
| 234.   --Target Corp. Notes | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 235. --American Express, com. | | | | | | | | | |
| 236. --BP PLC, ADR | | | | | | | | | |
| 237. --Bell South, com. | | | | | | | | | |
| 238. --Citigroup, com. | | | | | | | | | |
| 239. --ChevronTexaco, com. | | | | | | | | | |
| 240. --KO, com. | | | | | | | | | |
| 241. --Exxon Mobil, com. | | | | | | | | | |
| 242. --Freddie Mac, com. | | | | | | | | | |
| 243. --Fannie Mae, com. | | | | | | | | | |
| 244. --GE, com. | | | | | | | | | |
| 245. --INTC, com. | | | | | | | | | |
| 246. --IBM, com. | | | | | | | | | |
| 247. --J.P. Morgan Chase, com. | | | | | | | | | |
| 248. --JNJ, com. | | | | | | | | | |
| 249. --LLY, com. | | | | | | | | | |
| 250. --Marsh & McLennan, com. | | | | | | | | | |
| 251. --Merck, com. | | | | | | | | | |
| 252. --PEP, com. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 253. --Pfizer, com. | | | | | | | | | |
| 254. --SBC, com. | | | | | Sell | 04/16 | K | | Sold at loss |
| 255. --UPS, com. | | | | | | | | | |
| 256. --WMT, com. | | | | | | | | | |
| 257. --Walgreen, com. | | | | | | | | | |
| 258. --General Electric Cap. Corp. Notes | | | | | | | | | |
| 259. --American Intl. Group, com. | | | | | | | | | |
| 260. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 261. --Microsoft Corp., com. | | | | | | | | | |
| 262. --Altria Group, com. | | | | | | | | | |
| 263. --Medco Health, com. | | | | | | | | | |
| 264. --Time Warner, com. | | | | | | | | | |
| 265. --Bank of America, com. | | | | | Buy | 04/16 | K | | |
| 266. --Fed. Farm Bank Callable Bonds | | | | | Buy | 07/19 | M | | |
| 267. --Fed Nat'l Mtg Ass'n Callable Notes | | | | | Buy | 07/16 | M | | |
| 268. CASH ACCOUNTS IN IRA ROLLOVER ACCT. #2: | | | | | | | | | |
| 269. --ML Bank & Trust RASP | | | | | | | | | |
| 270. --ML Bank USA RASP | | | | | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000                         P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)          U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271.  Vanguard 500 Index Fund Rollover Shares | E | Dividend | P1 | T | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
(See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1  = $1,000,001-$5,000,000     H2  = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
(See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1  = $1,000,001-$5,000,000     P2  = $5,000,001-$25,000,000
     P3  = $25,000,001-$50,000,000     P4  = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
(See Column C2)     U  = Book Value     V  = Other     W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WERLEIN, JR., EWING | 8/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

(1) Part VII, page 1, lines 16 and 17: The year-end values of CNL Retirement Properties REIT and CNL Hospitality Properties REIT, which are real estate investments that are not publicly traded securities, are reported at cost.

(2) Part VII, page 7, line 116: The year-end value of IRA account rolled over (from Janus 20 Fund) into John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WERLEIN, JR., EWING | 8/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

Date August 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544